IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS HILL, DEMETRIUS DAVIS, )
and DANIEL HUDDLESTON, )   2:12-cv-02876-GEB-GGH
                       )
    Plaintiffs, )
                       )   ORDER DENYING APPLICATIONS TO
    v.                 )   PROCEED IN FORMA PAUPERIS
                       )
CITY OF CITRUS HEIGHTS POLICE )
DEPARTMENT, OFFICER S. LOMBARDO, )
OFFICER A. AZEVEDO, )
And Does 1 – 100, )
                       )
    Defendants. )
_____ )

Plaintiffs Marcus Hill, Demetrius Davis, and Daniel Huddleston each seek to proceed in forma pauperis ("IFP") in this action under 28 U.S.C. § 1915. See ECF No. 3.

Each Plaintiff's application is incomplete. Plaintiffs Marcus Hill and Demetrius Davis both aver that they are currently incarcerated but fail to submit a certified copy of a trust fund account statement, or institutional equivalent, for the six month period preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2). And Plaintiff Daniel Huddleston does not provide the name of his current employer, as required under question 2(a) of his affidavit. Therefore, each Plaintiff's application is denied without prejudice.

Dated:  November 29, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1