```
Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California   92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HILL, DEMETRIUS DAVIS, and DANIEL HUDDELSTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF CITRUS HEIGHTS POLICE DEPARTMENT, OFFICER S. LOMBARDO, OFFICER A. AZEVEDO, and DOES 1-100,<br><br>        Defendants. | NO. 2:12-CV-02876 JAM KJN<br><br>[PROPOSED] ORDER re DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE re MOTION TO COMPEL DISCOVERY<br><br>DATE:  March 27, 2014<br>TIME:   10:00 a.m.<br>CTRM:  25, 8th Floor |

IT IS HEREBY ORDERED:

Defendants, City of Citrus Heights, Officer Lombardo and Officer Azevedo, may appear telephonically on their Motion to Compel Discovery which is set for hearing March 27, 2014, at 10:00 a.m., in Department 25 of the above-listed Court.

Dated:   February 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1