ELLEN C. DOVE, Esq., (SBN 64034)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone: (916) 331-0111
Fax: (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HILL, DEMETRIUS DAVIS, and DANIEL HUDDLESTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CITRUS HEIGHTS, OFFICER S. LOMBARDO, OFFICER A. AZEVEDO, And Does 1 – 100,<br><br>Defendants. | No. 2:12-cv-02876 JAM KJN<br><br>[~~PROPOSED~~] ORDER re PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE re MOTION TO COMPEL DISCOVERY |

IT IS HEREBY ORDERED:

Counsel for Plaintiffs, Marcus Hill, Demetrius Davis and Daniel Huddleston, attorney Ellen C. Dove, may appear telephonically at Defendants, City of Citrus Heights, Officer Lombardo and Officer Azevedo's Motion to Compel Discovery which is set for hearing March 27, 2014, at 10:00 a.m., in Department 25 of the above listed Court.

Dated: March 20, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1