Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HILL, DEMETRIUS DAVIS, and DANIEL HUDDELSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CITRUS HEIGHTS, OFFICER S. LOMBARDO, OFFICER A. AZEVEDO, and DOES 1-100,<br><br>Defendants. | No. 2:12-CV-02876 JAM KJN<br><br>**ORDER re STIPULATION DISMISSING ENTIRE MATTER WITH PREJUDICE**<br><br>[F.R.Civ.P. Rule 41(a)(1)(A)(ii)] |

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

1. This entire matter is dismissed with prejudice on behalf of each Plaintiff and as against all Defendants.  Each party is ordered to bear their own costs and fees.

DATED: 8/28/2014

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

1